UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00012-RJC

| | |
|---|---|
| ROSA RAMIREZ, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO AND COMPANY; and WELLS FARGO AND COMPANY LONG TERM DISABILITY PLAN | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit of Robert M. Wood, (Doc. No. 16), filed November 15, 2018. For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: November 28, 2018

Robert J. Conrad, Jr.
United States District Judge

1